Katherine Stewart, SBN 325234
**WILSON, ELSER, MOSKOWITZ,**
  **EDELMAN & DICKER LLP**
2231 E. Camelback Road, Suite 200
Phoenix, Arizona  85016
P – (480) 562-3660
F – (480) 562-3659
katherine.stewart@wilsonelser.com

Attorneys for Defendants
ARXPRESS, INC and
KELSEY STEPHAN RINSKY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| JONATHAN CHA, an individual,<br><br>     Plaintiff,<br><br>v.<br><br>KELSEY STEPHAN RINSKY, an individual; ARXPRESS, INC., a corporation; and DOES 1 to 50, Inclusive,<br><br>     Defendants. | Case No.: 5:23-cv-00093-SSS-KK<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure Section 41(a)(1)(A)(ii), Plaintiff Jonathan Cha ("Plaintiff"), and Defendants Kelsey Stephan Rinsky and ARXpress, Inc. ("Defendants") (collectively "the Parties"), by and through their respective undersigned counsel, hereby stipulate and agree that all claims and causes of action in the above captioned matter have been resolved.  Accordingly, the Parties stipulate and move this court to dismiss this action with prejudice, with each party to bear its own attorney's fees and costs arising from the action.

/ / /

DATED: October 2, 2023

                    WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By:   */s/ Katherine Stewart*
      Katherine Stewart
      Attorneys for Defendants
      ARXPRESS, INC. and KELSEY STEPHAN RINSKY


                    CARPENTER & ZUCKERMAN

By:   */s/ Edward Cherkezian*
      Steven L. Mazza
      Edward Cherkezian
      Attorneys for Plaintiff
      JONATHAN CHA

## PROPOSED ORDER

Based on the parties' stipulation, IT IS SO ORDERED. The Clerk of the Court is directed to dismiss this matter with prejudice. All other existing dates and deadlines in this matter are hereby vacated.

IT IS SO ORDERED.

Dated: _____, 2023         By: _____

# PROOF OF SERVICE

Jonathan Cha v. Kelsey Stephan Rinsky et al.
Case No. 5:23-cv-00093-SSS-KK
WEMED File No. 11380.00410

I am employed in the County of Maricopa, State of Arizona. I am over the age of 18 and not a party to the within action; my business address is 2231 E. Camelback Rd., Suite 200, Phoenix, AZ 85016.

On October 2, 2023, I caused the foregoing document described as **STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** to be served on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

☐ **(BY MAIL)** I caused such envelope(s) fully prepaid to be placed in the United States Mail at Phoenix, Arizona. I am "readily familiar" with the firm's practice of collection and processing correspondence or mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Phoenix, Arizona in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit

☐ **(BY ELECTRONIC MAIL)** I caused said document(s) to be served via electronic transmission to each addressee's electronic mail address(es) as noted on the attached Service List.

Executed on **October 2, 2023** at Phoenix, Arizona.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct, and I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*/s/ Ivonne Jean*
Ivonne Jean

## SERVICE LIST

| | |
|---|---|
| Steven L. Mazza, Esq.<br>Paul S. Zuckerman, Esq.<br>Carpenter & Zuckerman<br>8827 West Olympic Boulevard<br>Beverly Hills, CA 90211<br>Tel: (310) 273-1230<br>Email: eservice@cz.law | Attorneys for Plaintiff<br>JONATHAN CHA |