JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN CHA,<br><br>          Plaintiff,<br><br>  v.<br><br>KELSEY STEPHAN RINSKY, et al.,<br><br>          Defendants. | Case No. 5:23-cv-00093-SSS-KKx<br><br>**ORDER** |

    Based on the parties' stipulation, IT IS SO ORDERED. The Clerk of the Court is directed to dismiss this matter with prejudice. All other existing dates and deadlines in this matter are hereby vacated.

**IT IS SO ORDERED.**

Dated: October 16, 2023

_____
SUNSHINE S. SYKES
United States District Judge

1